IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6601 |
| | ) | |
| v. | ) | |
| | ) | Judge Manning |
| THE HARTFORD LIFE AND HEALTH | ) | Magistrate Judge Valdez |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

TO:    Donald Alan Murday
       Joseph R. Jeffery
       Chittenden, Murday & Novotny LLC
       303 West Madison Street, Suite 1400
       Chicago, Illinois 60606
       (312) 281-3600

PLEASE TAKE NOTICE that on Thursday, March 20th, 2008 at 11:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Blanche M. Manning, or whomever may be sitting in her stead, in Room 2125 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **MOTION FOR LEAVE TO AMEND THE COMPLAINT** at which time and place you may appear if you see fit.

Respectfully submitted,

Dated: Chicago, Illinois                    /s/ David A. Bryant
       March 13, 2008                       David A. Bryant
                                            Attorney for Plaintiff, Robert Dunn

## CERTIFICATE OF SERVICE

TO:     Donald Alan Murday
        Joseph R. Jeffery
        Chittenden, Murday & Novotny LLC
        303 West Madison Street, Suite 1400
        Chicago, Illinois 60606
        (312) 281-3600

The undersigned attorney hereby certifies that on March 13, 2008, he electronically filed the foregoing NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above named attorneys, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: n/a

                                        /s/David A. Bryant
                                        David. A. Bryant
                                        Attorney for Plaintiff

Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603
Tel: (312) 372-5200
Fax: (312) 372-2778
dabryant@ddbchicago.com