IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6601 |
| | ) | |
| v. | ) | |
| | ) | Judge Manning |
| THE HARTFORD LIFE AND HEALTH | ) | Magistrate Judge Valdez |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT

TO:  Donald Alan Murday
Joseph R. Jeffery
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Tuesday, April 1st, 2008 at 9:45 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Maria Valdez, or whomever may be sitting in her stead, in Room 1300 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the previously filed **MOTION FOR LEAVE TO AMEND THE COMPLAINT** pursuant to Judge Blanche M. Manning's Minute Order of March 19, 2008 (Docket # 16).

Respectfully submitted,

Dated: Chicago, Illinois
March 19, 2008

/s/ David A. Bryant
David A. Bryant
Attorney for Plaintiff, Robert Dunn

## **CERTIFICATE OF SERVICE**

TO:  Donald Alan Murday
     Joseph R. Jeffery
     Chittenden, Murday & Novotny LLC
     303 West Madison Street, Suite 1400
     Chicago, Illinois 60606

    The undersigned attorney hereby certifies that on March 19, 2008, he electronically filed the foregoing NOTICE OF MOTION FOR LEAVE TO AMEND THE COMPLAINT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above named attorneys, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: n/a.

                                              /s/ David A. Bryant
                                              David. A. Bryant

Daley, DeBofsky & Bryant                Attorney for Plaintiff
55 West Monroe Street, Suite 2440
Chicago, Illinois 60603
Tel: (312) 372-5200
Fax: (312) 372-2778
dabryant@ddbchicago.com