# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6601 | **DATE** | 4/1/2008 |
| **CASE TITLE** | Dunn vs. The Hartford | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/1/08. Plaintiff's motion for leave to amend the complaint [14] is granted. Status hearing set for 7/15/2008 at 09:30 AM.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|