**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-cv-6601 |
| v. ) | |
| ) | Judge Manning |
| THE HARTFORD LIFE AND ACCIDENT ) | Magistrate Judge Valdez |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

Plaintiff, ROBERT DUNN, and Defendant, THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by their attorneys, request that this Court enter an Order pursuant to Fed. R. Civ. P. 16(b) adopting the parties' Proposed Scheduling Order for the administration of this Action. In support of this Motion, the parties state:

1. Counsel for the parties conferred pursuant to this Court's standing orders and Fed. R. Civ. P. 26(f) to develop a proposed scheduling order for this lawsuit.

2. The parties, by their attorneys, agreed to the schedule set forth in the Proposed Scheduling Order attached hereto as Exhibit 1.

**WHEREFORE**, Plaintiff, ROBERT DUNN, and Defendant, THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, respectfully request that this Court enter an Order adopting the parties' Proposed Scheduling Order for the administration of this Action and for such other relief as this Court deems just.

2

| **ROBERT DUNN** | **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** |
|---|---|
| By: /s/ Gregory A. Benker | By: /s/Joseph R. Jeffery |
| One of his Attorneys | One of its Attorneys |
| Daley, DeBofsky & Bryant | Chittenden, Murday & Novotny LLC |
| 55 W. Monroe, Suite 2440 | 303 West Madison Street, Suite 1400 |
| Chicago, Illinois 60603 | Chicago, Illinois 60606 |
| (312) 372-5200 | (312) 281-3600 |
| (312) 372-2778 (fax) | (312) 281-3678 (fax) |

O:\HA815\41091-Dunn\PLDGS\Mot Proposed Sched Order.doc

*Certificate of Service*

I hereby certify that on **April 7th, 2008** I electronically filed the foregoing Motion for Entry of Proposed Scheduling Order with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

> David A. Bryant, Esq.
> Daley, DeBofsky & Bryant
> 55 W. Monroe Street, Suite 2440
> Chicago, Illinois  60603
> dabryant@ddbchicago.com

**DATED** this **7th** day of **April, 2008.**

> _/s/ Joseph R. Jeffery_____
> CHITTENDEN, MURDAY & NOVOTNY LLC
> 303 West Madison Street, Suite 1400
> Chicago, Illinois  60606
> (312) 281-3600
> (312) 281-3678 (fax)
> jjeffery@cmn-law.com