**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ROBERT DUNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 07-cv-6601** |
| v. ) | |
| ) | **Judge Manning** |
| **THE HARTFORD LIFE AND ACCIDENT** ) | **Magistrate Judge Valdez** |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

TO:   David A. Bryant, Esq.
       Daley, DeBofsky & Bryant
       55 W. Monroe Street
       Suite 2440
       Chicago, Illinois  606063

   **PLEASE TAKE NOTICE** that on the **17th** day of **April 2008** at **11:00 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Blanche E. Manning or any judge sitting in her place or stead, in the courtroom usually occupied by her in **Room 2125** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendant's **Motion for Entry of Proposed Scheduling Order**, a true and correct copy of which is attached hereto and hereby served upon you.

   Dated at Chicago, Illinois this **7th** day of **April, 2008.**

                                              **HARTFORD LIFE AND ACCIDENT
                                              INSURANCE COMPANY**


                                              By:    /s/Joseph R. Jeffery
                                                     One of its Attorneys

Donald A. Murday
Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HA815\41091-Dunn\PLDGS\NOM - Prop Sched Order.doc

### *Certificate of Service*

  I hereby certify that on **April 7, 2008** I electronically filed the foregoing Defendant Hartford Life and Accident Insurance Company's Motion for Entry of Proposed Scheduling Order with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

    David A. Bryant, Esq.
    Daley, DeBofsky & Bryant
    55 W. Monroe Street, Suite 2440
    Chicago, Illinois  60603
    dabryant@ddbchicago.com


**DATED** this **7th** day of **April, 2008.**

             _/s/ Joseph R. Jeffery
             CHITTENDEN, MURDAY & NOVOTNY LLC
             303 West Madison Street, Suite 1400
             Chicago, Illinois  60606
             (312) 281-3600
             (312) 281-3678 (fax)
             jjeffery@cmn-law.com