IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DUNN,              ) | |
|                           ) | |
|    Plaintiff,       ) | |
|                           ) | Case No. 07-cv-6601 |
| v.                        ) | |
|                           ) | Judge Manning |
| THE HARTFORD LIFE AND ACCIDENT ) | Magistrate Judge Valdez |
| INSURANCE COMPANY,        ) | |
|                           ) | |
|    Defendant.       ) | |

## AMENDED NOTICE OF MOTION

TO:  David A. Bryant, Esq.
      Daley, DeBofsky & Bryant
      55 W. Monroe Street
      Suite 2440
      Chicago, Illinois  606063

**PLEASE TAKE NOTICE** that on the **17th** day of **April 2008** at **9:45 a.m.,** or as soon after as this motion may be heard, we will appear before the Magistrate Judge Maria Valdez or any judge sitting in her place or stead, in the courtroom usually occupied by her in **Room 1300** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendant's **Motion for Entry of Proposed Scheduling Order**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois this **9th** day of **April, 2008.**

                             **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

                             By:   /s/Joseph R. Jeffery
                                  One of its Attorneys

Donald A. Murday
Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HA815\41091-Dunn\PLDGS\Amended NOM - Prop Sched Order.doc

## *Certificate of Service*

    I hereby certify that on **April 9, 2008** I electronically filed the foregoing Defendant Hartford Life and Accident Insurance Company's Motion for Entry of Proposed Scheduling Order with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

        David A. Bryant, Esq.
        Daley, DeBofsky & Bryant
        55 W. Monroe Street, Suite 2440
        Chicago, Illinois  60603
        dabryant@ddbchicago.com

**DATED** this **9th** day of **April, 2008.**

        _/s/ Joseph R. Jeffery
        CHITTENDEN, MURDAY & NOVOTNY LLC
        303 West Madison Street, Suite 1400
        Chicago, Illinois  60606
        (312) 281-3600
        (312) 281-3678 (fax)
        jjeffery@cmn-law.com