**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Robert Dunn

                      Plaintiff,

v.                                           Case No.: 1:07−cv−06601
                                           Honorable Blanche M. Manning

Hartford Life and Accident Insurance Company, The, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

      MINUTE entry before Judge Honorable Maria Valdez: MOTION by Defendant Hartford Life and Accident Insurance Company, The for order of Entry of Proposed Scheduling Order [20] is granted. Presentment date of 4/17/08 on said motion is stricken. Court adopts agreed scheduling order. All disclosures required by Rule 26(a)(1) shall be made on or before 5/1/08. Any amendments to pleadings or actions to join other parties shall be filed on or before 5/15/08. The cutoff of fact discovery is 9/15/08. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 10/15/08. The parties may depose the other side's expert at any time prior to 12/1/08. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to 12/30/08. The parties shall have until 1/30/09 to depose the opposing party's rebuttal expert. Status hearing set for 7/15/08 to stand.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.