IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT DUNN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 07-cv-6601** |
| v. ) | |
| ) | **Judge Manning** |
| **THE HARTFORD LIFE AND ACCIDENT** ) | **Magistrate Judge Valdez** |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF MOTION

TO: David A. Bryant, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe Street
Suite 2440
Chicago, Illinois 606063

**PLEASE TAKE NOTICE** that on the **21st** day of **May 2008** at **9:45 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Maria Valdez or any judge sitting in her place or stead, in the courtroom usually occupied by her in **Room 1300** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendant's **Agreed Motion for Entry of A Qualified Protective Order Pursuant to The Health Information Portability And Accountability Act**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois this **14th** day of **May 2008.**

                                          **HARTFORD LIFE AND ACCIDENT**
                                          **INSURANCE COMPANY**

                                          By: /s/Joseph R. Jeffery
                                                    One of its Attorneys

Donald A. Murday
Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HA815\41091-Dunn\PLDGS\NOM - Agreed HIPAA order.doc

## *Certificate of Service*

  I hereby certify that on **May 14, 2008** I electronically filed the foregoing Defendant Hartford Life and Accident Insurance Company's Agreed Motion for Entry of A Qualified Protective Order Pursuant to The Health Information Portability and Accountability Act with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

    David A. Bryant, Esq.
    Daley, DeBofsky & Bryant
    55 W. Monroe Street, Suite 2440
    Chicago, Illinois 60603
    dabryant@ddbchicago.com


**DATED** this **14th** day of **May, 2008.**

           /s/ Joseph R. Jeffery
           CHITTENDEN, MURDAY & NOVOTNY LLC
           303 West Madison Street, Suite 1400
           Chicago, Illinois 60606
           (312) 281-3600
           (312) 281-3678 (fax)
           jjeffery@cmn-law.com