IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-cv-6601 |
| v. ) | |
| ) | Judge Manning |
| THE HARTFORD LIFE AND ACCIDENT ) | Magistrate Judge Valdez |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   David A. Bryant, Esq.
Daley, DeBofsky & Bryant
55 W. Monroe Street
Suite 2440
Chicago, Illinois  606063

**PLEASE TAKE NOTICE** that on the **29th** day of **May 2008** at **9:45 a.m.,** or as soon after as this motion may be heard, we will appear before the Honorable Maria Valdez or any judge sitting in her place or stead, in the courtroom usually occupied by her in **Room 1300** in the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn, Chicago, Illinois 60604, and then and there present Defendant's **Motion to Quash Subpoenas for Certain Records**, a true and correct copy of which is attached hereto and hereby served upon you.

Dated at Chicago, Illinois this **22nd** day of **May 2008.**

                                HARTFORD LIFE AND ACCIDENT
                                INSURANCE COMPANY


                                By:   /s/Joseph R. Jeffery
                                        One of its Attorneys

Donald A. Murday
Joseph R. Jeffery
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)
O:\HA815\41091-Dunn\PLDGS\NOM -Mot Quash.doc

## *Certificate of Service*

    I hereby certify that on **May 22, 2008** I electronically filed the foregoing Defendant Hartford Life and Accident Insurance Company's Motion to Quash Subpoenas for Certain Records with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

> David A. Bryant, Esq.
> Daley, DeBofsky & Bryant
> 55 W. Monroe Street, Suite 2440
> Chicago, Illinois  60603
> dabryant@ddbchicago.com

**DATED** this **22nd** day of **May, 2008.**

>   /s/ Joseph R. Jeffery
> CHITTENDEN, MURDAY & NOVOTNY LLC
> 303 West Madison Street, Suite 1400
> Chicago, Illinois  60606
> (312) 281-3600
> (312) 281-3678 (fax)
> jjeffery@cmn-law.com