UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Robert Dunn

                    Plaintiff,

v.                                          Case No.: 1:07–cv–06601
                                          Honorable Blanche M. Manning

Hartford Life and Accident Insurance Company, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 5/29/08. Parties report settlement in principal reached. Status hearing set for 7/15/08 at 9:30 a.m. Defendant's Motion to quash subpoenas for Certain Records [28] is entered and continued to 7/15/08 at 9:30 a.m. Response to the subpoena is entered and continued until 7/15/08. Third party shall not comply until the Court further orders. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.