IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT DUNN,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No. 07-cv-6601<br><br>Judge Manning<br>Magistrate Judge Valdez |

## STIPULATION TO DISMISS

All matters in controversy in the above captioned cause of action having been fully compromised, agreed and settled pursuant to the Settlement Agreement and Release executed by the parties, the parties hereto stipulate and agree that the Court may dismiss the Complaint and cause of action of *Robert Dunn v. The Hartford Life and Accident Insurance Company,* No. 07-cv-6601, with prejudice, all parties to bear their own costs and attorneys' fees.

| ROBERT DUNN | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY |
|---|---|
| By:  /s/Gregory A. Benker<br>One of his Attorneys<br>Daley, DeBofsky & Bryant<br>55 W. Monroe, Suite 2440<br>Chicago, Illinois 60603<br>(312) 372-5200<br>(312) 372-2778 (fax) | By:  /s/Alexander D. Talcott<br>One of its Attorneys<br>Chittenden, Murday & Novotny LLC<br>303 West Madison Street, Suite 1400<br>Chicago, Illinois 60606<br>(312) 281-3600<br>(312) 281-3678 (fax) |

## CERTIFICATE OF SERVICE

TO:    Donald Alan Murday
Joseph R. Jeffery
Alexander D. Talcott
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600

    The undersigned attorney hereby certifies that on July 14, 2008, he electronically filed the foregoing STIPULATION TO DISMISS with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above named attorneys, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: n/a

    /s/Gregory A. Benker
Gregory A. Benker
One of the Attorneys for Plaintiff

Daley, DeBofsky, & Bryant
55 West Monroe, Suite 2440
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778
@ddbchicago.com